IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B & W LOUDSPEAKERS LIMITED and EQUITY INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | **01C  8541** |
| | ) | Civil Action No. _____ |
| v. | ) | |
| | ) | |
| KEF AUDIO (UK) LTD. and ADCOM | ) | **JURY DEMANDED**   JUDGE GETTLEMAN |
| | ) | |
| **DOCKETED** | ) | |
| **NOV - 7 2001** | ) | |
| Defendants. | ) | MAGISTRATE JUDGE KEYS |

## COMPLAINT

### NATURE AND STATUTORY BASIS OF ACTION

1.      This is an action for (I) trade dress infringement under the laws of the United States, as provided for by Title 15 United States Code §1125(a); (II) trade dress dilution under the Federal Anti-Dilution Act, as provided for under Title 15 United States Code § 1125(c); (III) deceptive trade practices under the laws of the state of Illinois, as provided by 815 ILCS 510/1 - 510/7; and (IV) consumer fraud under the laws of the state of Illinois, as provided by 815 ILCS 505/1-505/12.

### THE PARTIES

2.      Plaintiff, B & W LOUDSPEAKERS LIMITED, is a corporation organized under the laws of the United Kingdom, having its principal place of business at Meadow Road, Worthing, West Sussex, England BN11 2RX.

\-\|

3.      Plaintiff, EQUITY INTERNATIONAL, INC., is a Massachusetts corporation, having its principal place of business at 54 Concord Street, North Reading, Massachusetts 01864.

4.      On information and belief, Defendant, KEF AUDIO (UK) LTD., is a corporation organized under the laws of the United Kingdom, having its principal place of business at Eccleston Road, Tovil, Maidstone, Kent ME15 6QP, United Kingdom.

5.      On information and belief, Defendant, ADCOM, is a New Jersey corporation, having its principal place of business at 10 Timber Lane, Marlboro, New Jersey 07746.

## JURISDICTION AND VENUE

6.      Jurisdiction over Counts I and II is expressly conferred on this Court under 15 U.S.C. §1121, and 28 U.S.C. §§1331 and 1338. Jurisdiction over Counts III and IV is conferred on this Court under 28 U.S.C. §1338, since these claims are joined with substantial and related claims under the Trademark Laws of the United States, 28 U.S.C. §1367 the supplemental jurisdiction of this Court, and under 15 U.S.C. §1332 as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7.      Personal jurisdiction over KEF AUDIO (UK) LTD. is vested in this Court since KEF AUDIO (UK) LTD. has committed one or more of the acts complained of herein within this State and Judicial District. Personal jurisdiction over KEF AUDIO (UK) LTD. is further vested in this Court pursuant to one or more sections of 735 ILCS §§ 5/2-201 through 5/2-213, and/or Rule 4(k), Fed. R. Civ. P.

8.      Personal jurisdiction over ADCOM is vested in this Court since ADCOM has committed one or more of the acts complained of herein within this State and Judicial District.

-2-

9.     Regarding Defendant KEF AUDIO (UK) LTD., venue is proper under 28 U.S.C. §1391. KEF AUDIO (UK) LTD. is an alien corporation, and at all times material to this Complaint, KEF AUDIO (UK) LTD. has committed one or more of the acts complained of herein within this State and District.

10.    Regarding Defendant ADCOM, venue is proper under 28 U.S.C. §1391. At all times material to this Complaint, ADCOM has committed one or more of the acts complained of herein within this State and District.

## RELEVANT FACTS

11.    Plaintiff, B & W LOUDSPEAKERS LIMITED ("B&W"), manufactures, markets, and sells audio loudspeakers.

12.    Plaintiff, EQUITY INTERNATIONAL, INC. ("Equity"), is the exclusive distributor of B&W's loudspeakers in the United States.  Equity is a wholly owned subsidiary of B&W.

13.    Since at least the early 1980's, Plaintiffs have sold distinctively configured loudspeakers featuring having convexly arcuate side panels that are tapered toward the rear of the cabinet,  a convexly arcuate an upper surface, and a tweeter mounted to the front of the convexly arcuate upper surface ("the trade dress").  Plaintiffs are the owners of the trade dress.  Plaintiffs' Nautilus™ 800 Series loudspeakers, currently exhibit the trade dress. (See **EXHIBIT A**). Plaintiffs' loudspeaker trade dress is unique, arbitrary, and not functional. In addition, Plaintiffs have promoted their distinctively configured loudspeaker trade dress.  At minimum, Plaintiffs' long use and promotion of their loudspeaker trade dress has caused the trade dress to acquire secondary meaning.

-3-

14.     Defendant KEF AUDIO (UK) LTD. ("KEF") manufactures, markets and sells audio loudspeakers.

15.     On information and belief, Defendant ADCOM distributes KEF's loudspeakers in the United States.

16.     Defendants have undertaken, without the prior knowledge or authorization of Plaintiffs, the manufacture, importation, advertisement, offer for sale and/or sale, in commerce, of loudspeakers exhibiting the B&W trade dress. These loudspeakers are marketed and offered for sale under the name "Reference Series" ("the Reference Series"), including Models 201, 202c, 203, 204c, 205, and 207. (See **EXHIBIT B**).

17.     The Reference Series loudspeakers are virtually identical to the Plaintiffs' proprietary loudspeaker trade dress as embodied in Plaintiffs' Nautilus™ 800 Series loudspeakers.

18.     On information and belief, Defendants were aware of Plaintiffs' proprietary loudspeaker trade dress prior to the marketing and sale of Defendants' Reference Series speakers, and Defendants' actions were taken willfully.

## COUNT I

### TRADE DRESS INFRINGEMENT

19.     As a first and complete ground for relief, Plaintiffs hereby charge Defendants with federal unfair competition under the trademark laws of the United States and, in particular, 15 U.S.C. §1125(a), for unlawful appropriation of proprietary appearance features of Plaintiffs' loudspeaker trade dress, and reallege paragraphs 1-18 above.

20.    The external appearance features of Plaintiffs' loudspeakers are unique, arbitrary, and possess secondary meaning and contribute to the overall distinctive trade dress of Plaintiffs' loudspeakers, and are, therefore, proprietary with Plaintiffs.

21.    Defendants have adopted and are using in commerce in connection with the manufacture, importation, advertising and sale of loudspeakers, loudspeakers having the overall distinctive trade dress owned by Plaintiffs.

22.    Through extensive use and promotion, such loudspeaker appearance features have come to be recognized as denoting Plaintiffs as the source and are proprietary with Plaintiffs.

23.    Defendants' adoption and use in commerce of certain of Plaintiffs' proprietary loudspeaker features without authorization of Plaintiffs constitutes an unlawful appropriation, copying and simulation of Plaintiffs' trade dress and product appearance and will likely cause confusion, mistake, or deception as to the affiliation, connection or association of Defendants with Plaintiffs, or as to the origin, sponsorship or approval of their goods by Plaintiffs, in violation of 15 U.S.C. §1125(a). Such conduct has and will continue to injure Plaintiffs by direct diversion of sales to Defendants, and by diminishing and destroying Plaintiffs' good will in their trade dress.

## COUNT II

## TRADE DRESS DILUTION

24.    As a second and complete ground for relief, Plaintiffs hereby charge Defendants with trademark dilution under the laws of the United States, 15 U.S.C. §1125(c), and reallege Paragraphs 1-23 of this Complaint.

25.    Through promotion and use of their loudspeaker trade dress over several years, Plaintiffs' distinctive trade dress has become famous.

26.     Defendants' manufacture, importation, advertisement, offer for sale and/or sale, in commerce, of the Reference Series loudspeakers exhibiting Plaintiffs' trade dress dilutes the distinctive quality of Plaintiffs' trade dress.

27.     Defendants' use of the Plaintiffs' trade dress in connection with the Reference Series loudspeakers began after Plaintiffs' loudspeaker trade dress became famous.

28.     Unless Defendants' conduct is enjoined, it will dilute the distinctive quality of Plaintiffs' loudspeaker trade dress and will inevitably destroy the promotional value of such trade dress and the good will associated with such trade dress, which Plaintiffs have developed.

## COUNT III

### DECEPTIVE TRADE PRACTICES

29.     As a third and complete ground for relief, Plaintiffs hereby charge Defendants with deceptive trade practices, in violation of the Illinois Deceptive Trade Practices Act, 815 ILCS 510/1 - 510/7, and reallege Paragraphs 1-28 of this Complaint.

30.     Defendants have made use of Plaintiffs' proprietary loudspeaker trade dress in offering for sale and/or selling Defendants' loudspeakers, thereby causing a likelihood of confusion or of misunderstanding as to affiliation, connection or association with or certification by Plaintiffs, have passed off their products as those of Plaintiffs, and/or have engaged in other conduct which similarly creates a likelihood of confusion or misunderstanding.

## COUNT IV

### CONSUMER FRAUD

31.     As a fourth and complete ground for relief, Plaintiffs hereby charge Defendants with consumer fraud and deceptive business practices, in violation of the Illinois Consumer Fraud

and Deceptive Trade Practices Act enacted by the State of Illinois, 815 ILCS 505/1-505/12, and reallege Paragraphs 1-30 of this Complaint.

32.     The aforesaid unfair competition and deceptive acts and practices of Defendants with respect to its advertisement and sale of loudspeakers constitute consumer fraud and deceptive trade practices, in violation of the Illinois Consumer Fraud and Deceptive Trade Practices Act enacted by the State of Illinois, 815 ILCS 505/1-505/12, and are subject to the sanctions provided therein.

**<u>PRAYER FOR RELIEF</u>**

Plaintiffs, B & W LOUDSPEAKERS LIMITED and EQUITY INTERNATIONAL, INC., pray for the following relief:

1.     Judgment confirming that the loudspeaker trade dress is owned by B&W and EQUITY, and that B&W and EQUITY have the exclusive right to use the trade dress in commerce.

2.     Judgment that KEF AUDIO (UK) LTD. and ADCOM have competed unfairly with B&W and EQUITY, have unlawfully and without authorization used B&W's and EQUITY's trade dress by use of product configurations or appearances confusingly similar to those adopted and owned by B&W and EQUITY, and have diluted the distinctive qualities of Plaintiffs' trade dress.

3.     That KEF AUDIO (UK) LTD. and ADCOM and their officers, agents, servants, employees, attorneys, and all other persons in active concert and/or participation with them who receive notice, be preliminary and permanently enjoined and restrained from:

a.     Using any trade dress identical or confusingly similar to B&W's and EQUITY's trade dress, or any colorable imitations thereof;

b.     Otherwise infringing B&W's and EQUITY's trade dress;

-7-

c.      Otherwise unfairly competing with B&W and EQUITY;

d.      Otherwise diluting B&W and EQUITY's trade dress; and

e.      Causing a likelihood of confusion or misunderstanding as to source, association with, affiliation with, sponsorship of, approval of, or certification of, or by B&W and/or EQUITY, or engaging in any other conduct which tends to pass off KEF AUDIO (UK) LTD.'s and/or ADCOM's products as those of B&W and/or EQUITY or tends to create a likelihood of confusion, misunderstanding, or false representation.

4.      That KEF AUDIO (UK) LTD. and ADCOM be directed to file in Court, and to serve on B&W and EQUITY, within thirty (30) days after entry of the above injunction, a report in writing, under oath, setting forth in detail the manner and form in which it has complied with the injunction.

5.      That KEF AUDIO (UK) LTD. and ADCOM be directed to deliver up to this Court for destruction, pursuant to 15 U.S.C. §1118, all prints, advertisements, tapes or other articles in its possession bearing or exhibiting B&W's and EQUITY'S trade dress, or any reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices, screens, or other means of making the same.

6.      That KEF AUDIO (UK) LTD. and ADCOM be directed to deliver up to B&W and EQUITY, or otherwise destroy, all tooling used in the manufacturing and production of any products exhibiting, diluting, or likely to cause confusion with B&W's and EQUITY's trade dress and any other loudspeakers made with such tooling.

-8-

7.     That an accounting be held and judgment rendered for damages sustained by B&W and EQUITY on account of KEF AUDIO (UK) LTD.'s and ADCOM's unfair competition and that, in view of the flagrant and deliberate character of such unfair competition, such damages be trebled and punitive damages be assessed.

8.     That this Court make an award of attorneys' fees and taxable costs, and such other and further relief to B&W and EQUITY as the Court deems just.

## JURY DEMAND

Plaintiffs, B & W LOUDSPEAKERS LIMITED and EQUITY INTERNATIONAL, INC., request a trial by jury.

Respectfully submitted,
B & W LOUDSPEAKERS LIMITED and
EQUITY INTERNATIONAL, INC.

Dated: 11/6/01

By _Linda A. Kuczma_
   Linda A. Kuczma
   Daniel N. Christus
   Peter M. Klobuchar
   WALLENSTEIN & WAGNER, LTD.
   311 South Wacker Drive, 53rd Floor
   Chicago, Illinois  60606-6622
   (312) 554-3300

(133941.1)                              Counsel for Plaintiffs

-9-

# Nautilus™800
## Floor-standing loudspeaker system

## Product Summary

- Technically similar to the Signature™800, it is presented in the standard Nautilus™800 Series veneers. The imposing Nautilus™800 stands firmly on a cast aluminium plinth, which contains the crossover components – each one painstakingly selected to preserve the finest nuances in the signal.

- The gracefully curved cabinet, veneered in a choice of finishes and the sloping top surface covered in the finest Connolly Leather, houses two 10-inch bass drivers. Together with the down-firing Flowport, these deliver bass of prodigious dynamics. An improved version of the FST™ midrange driver, exhibits such low levels of distortion and coloration that it does not draw attention to itself.

- Contributing to the incredibly open sound, the tube loaded tweeter extends the system response well into the ultrasonic region.

## Technical highlights

 Tweeter on top: B&W's Tweeter on top technology ensures that the sound remains focused and time-sensitive and that the stereo-image is presented with unparalleled three dimensional accuracy.

 Kevlar®: B&W developed and patented the method of using Kevlar® for loudspeaker cones to reduce unwanted standing waves. DuPont originally created Kevlar® for use in bulletproof vests.

 Flowport™: Golf ball aerodynamics theory points the way towards lower distortion reflex ports. Dimples improve the way the air flows over the surface of any object. In the case of reflex ports, they offer a significant improvement over simply flaring the port ends in reducing air flow turbulence at each end of the port; so you get less chuffing noise and less compression at high sound levels.

 Matrix™: The basic construction of nearly all loudspeakers is exactly the same - panels of wood-based materials, bonded to form a rectangular box. B&W studied and evaluated how each aspect of cabinet behaviour and the efficiency of various materials and construction methods affects sound.



| Description | 3-way vented-box system | Nominal impedance | 8Ω (minimum 3.0Ω) |
|---|---|---|---|
| Drive units | 1 x 25mm metal dome high-frequency | Power handling | 50W - 1000W into 8Ω on unclipped |
| | 1 x 160mm woven Kevlar® cone FST™ | | programme |
| | midrange | Dimensions | Height:1197mm  Width: 450mm |
| | 2 x 250mm Paper/Kevlar cone bass | | Depth:  645mm |
| Frequency response | 37Hz - 23kHz ± 2db on reference | Finishes | Cabinet: Grey Tigers Eye real wood |
| | axis | | veneer, Grille: Black Connolly Leather |
| Sensitivity | 91db spl (2.83V, 1m) | | |



**B&W**

LISTEN AND YOU'LL SEE

B&W Loudspeakers Ltd reserves the right to amend details of the specifications without notice in line with technical developments. E & OE. All trademarks acknowledged.
www.bwspeakers.com



EXHIBIT
A

# Nautilus™ 801

## Floor-standing loudspeaker system

## Product Summary

- Visually stunning, the new Nautilus 801's form is governed by its function: the faithful reproduction of music, as intended by the artist, with the clarity, accuracy and dynamic scale required by discerning audiophiles and recording engineers.

- Since its launch the Nautilus 801 has gained rave reviews from composers, musicians, recording professionals and Hi-Fi press alike. Groundbreaking Nautilus™ technology is incorporated into the three-way passive system of bass unit, midrange driver and tweeter.

- By situating each driver in purpose designed enclosures, B&W eliminates back resonance thus delivering unrivalled clarity, accuracy and dynamic scale. The head enclosures are Marlan®, a moulded synthetic, mineral filled resin. It's granite hard, yet still sufficiently manageable to handle the crucially fine tolerances required in manufacturer. The result is an audio experience that is thrilling, absorbing and utterly satisfying.

Awarded Component of the Year
1998, Stereo Sound  Japan

The Jazz Component Award
1998 Swing Journal  Japan

Product of the Year
Hi-Fi Grand Prix Award 1998
Audio Video International  USA

Product of the Year
Hi-Fi Show & Home Theatre '99
1999  Russia

1999 Golden Note
Award Winner
Best Loudspeaker Design
Over $8000
The Academy  USA

1999 Product of the Year
Stereophile  USA

## Technical highlights



Tweeter on top: B&W's Tweeter on top technology ensures that the sound remains focused and time-sensitive and that the stereo-image is presented with unparalleled three dimensional accuracy.



Kevlar®: B&W developed and patented the method of using Kevlar® for loudspeaker cones to reduce unwanted standing waves. DuPont originally created Kevlar® for use in bulletproof vests.



Flowport™: Golf ball aerodynamics theory points the way towards lower distortion reflex ports. Dimples improve the way the air flows over the surface of any object. In the case of reflex ports, they offer a significant improvement over simply flaring the port ends in reducing air flow turbulence at each end of the port; so you get less chuffing noise and less compression at high sound levels.



Matrix™: The basic construction of nearly all loudspeakers is exactly the same · panels of wood-based materials, bonded to form a rectangular box. B&W studied and evaluated how each aspect of cabinet behaviour and the efficiency of various materials and construction methods affects sound.



| Description | 3-way vented-box system | Nominal impedance 8Ω (min 3.0Ω) | |
|---|---|---|---|
| Drive units | 1 x 25mm metal dome high-frequency | Power handling | 50W - 1000W into 8 ohm on unclipped programme |
| | 1 x 150mm woven Kevlar® cone FST midrange | | |
| | 1 x 380mm paper/Kevlar® cone bass | Dimensions | Height: 1111mm Width: 522mm Depth: 690mm |
| Frequency response | 37Hz – 20kHz ± 2dB on reference axis | Finishes | Cabinet: Real wood veneers, Black Ash, Cherrywood, Red Stained Cherrywood |
| Sensitivity | 91dB spl (2.83V, 1m) | | Grilles: Black cloth |



LISTEN AND YOU'LL SEE

# Nautilus™ 802

## Floor-standing loudspeaker system

## Product Summary

- The Nautilus 802 incorporates two bass drivers which allowed the engineers to design a narrower cabinet whilst maintaining the excellent performance of the Nautilus 801.

- The 802 has received excellent reviews from the Hi-Fi press for both aesthetics and sound quality. The cabinet incorporates the unique Matrix bracing system, which reduces resonances and movement within the cabinet. The Flowport™ directly fires down onto the plinth for maximum dispersion and heart stopping bass response.

## Technical highlights



Tweeter on top: B&W's Tweeter on top technology ensures that the sound remains focused and time-sensitive and that the stereo-image is presented with unparalleled three dimensional accuracy.



Kevlar®: B&W developed and patented the method of using Kevlar® for loudspeaker cones to reduce unwanted standing waves. DuPont originally created Kevlar® for use in bulletproof vests.



Flowport™: Golf ball aerodynamics theory points the way towards lower distortion reflex ports. Dimples improve the way the air flows over the surface of any object. In the case of reflex ports, they offer a significant improvement over simply flaring the port ends in reducing air flow turbulence at each end of the port; so you get less chuffing noise and less compression at high sound levels.



Matrix™: The basic construction of nearly all loudspeakers is exactly the same · panels of wood-based materials, bonded to form a rectangular box. B&W studied and evaluated how each aspect of cabinet behaviour and the efficiency of various materials and construction methods affects sound.

Product of the Year
Hi-Fi Grand Prix Award
1999  USA

1999 Golden Note
Award Winner
Best Loudspeaker Design
$8000 and under
The Academy  USA

1999 Product of the Year
Media Totaal Award '99
Multi Media Totaal  Netherlands



European High End Audio of the
Year 1999-2000
EISA Awards



| Description | 3-way vented-box system | Nominal impedance | 8Ω (min 3.0Ω) |
|---|---|---|---|
| Drive units | 1 x 25mm metal dome high-frequency | Power handling | 50W - 500W into 8 ohm on unclipped |
| | 1 x 150mm woven Kevlar® cone FST | | programme |
| | midrange | Dimensions | Height: 1106mm Width: 385mm |
| | 2 x 200mm paper/Kevlar® cone bass | | Depth: 548mm |
| Frequency response | 39Hz – 20kHz ± 2dB on reference | Finishes | Cabinet: Real wood veneers, Black Ash, |
| | axis | | Cherrywood, Red Stained Cherrywood |
| Sensitivity | 91dB spl (2.83V, 1m) | | Grilles: Black cloth |



**B&W**

LISTEN AND YOU'LL SEE

# Nautilus™803

## Floor-standing loudspeaker system

### Product Summary

- Floor-standing design with a two in one cabinet construction, which reduces sound diffraction between the bass and midrange. Nautilus™ treble unit, Matrix™ cabinet and Flowport™ bass tube.

- The Nautilus 803 cabinet is made up of layers of ply. The graceful curves of the cabinet are skillfully moulded layer by layer which helps to eliminate the unwanted resonances caused by flexing of flat and square cabinet walls.

### Technical highlights



Tweeter on top: B&W's Tweeter on top technology ensures that the sound remains focused and time-sensitive and that the stereo-image is presented with unparalleled three dimensional accuracy.



Kevlar®: B&W developed and patented the method of using Kevlar® for loudspeaker cones to reduce unwanted standing waves. DuPont originally created Kevlar® for use in bulletproof vests.



Flowport™: Golf ball aerodynamics theory points the way towards lower distortion reflex ports. Dimples improve the way the air flows over the surface of any object. In the case of reflex ports, they offer a significant improvement over simply flaring the port ends in reducing air flow turbulence at each end of the port; so you get less chuffing noise and less compression at high sound levels.



Matrix™: The basic construction of nearly all loudspeakers is exactly the same - panels of wood-based materials, bonded to form a rectangular box. B&W studied and evaluated how each aspect of cabinet behaviour and the efficiency of various materials and construction methods affects sound.



| Description | 3-way vented box system | Nominal Impedance | 8Ω (min 3.0Ω) |
|---|---|---|---|
| Drive units | 1 x 25mm metal dome high frequency | Power handling | 50W - 250W into 8 ohm on unclipped |
| | 1 x 150mm woven Kevlar® cone FST | | programme |
| | midrange | Dimensions | Height: 1064mm Width: 285mm |
| | 2 x 180mm paper/Kevlar® cone bass | | Depth: 431mm |
| Frequency response | 42Hz – 20kHz ± 2dB on reference | Finishes | Cabinet: Real wood veneers, Black Ash, |
| | axis | | Cherrywood, Red Stained Cherrywood |
| Sensitivity | 90dB spl (2.83V, 1m) | | Grilles: Black cloth |



**B&W**

LISTEN AND YOU'LL SEE

B&W Loudspeakers Ltd reserves the right to amend details of the specifications without notice in line with technical developments. E & OE. All trademarks acknowledged.
www.bwspeakers.com

# Nautilus™804

*Floor-standing loudspeaker system*

## Product Summary

- The Nautilus 804 incorporates the design rigor of the larger speakers within the range at a more affordable price, whilst maintaining the acclaimed acoustics and looks.

- The Nautilus 804 is probably the most living room-friendly loudspeaker in the range with its tall and slim design, which incorporates the Nautilus™ cabinet with the excellent quality veneer.

- The technical features includes freestanding tweeter, surround-less Kevlar® midrange and tapered tubes for absorbing rearward output of mid and high frequencies. Reviews have included comments such as "Extremely proficient, revealing and pleasing to both the eyes and ears".

 Tweeter on top: B&W's Tweeter on top technology ensures that the sound remains focused and time-sensitive and that the stereo-image is presented with unparalleled three dimensional accuracy.

 Kevlar®: B&W developed and patented the method of using Kevlar® for loudspeaker cones to reduce unwanted standing waves. DuPont originally created Kevlar® for use in bulletproof vests.

 Flowport™: Golf ball aerodynamics theory points the way towards lower distortion reflex ports. Dimples improve the way the air flows over the surface of any object. In the case of reflex ports, they offer a significant improvement over simply flaring the port ends in reducing air flow turbulence at each end of the port; so you get less chuffing noise and less compression at high sound levels.

 Matrix™: The basic construction of nearly all loudspeakers is exactly the same · panels of wood-based materials, bonded to form a rectangular box. B&W studied and evaluated how each aspect of cabinet behaviour and the efficiency of various materials and construction methods affects sound.



| Description | 3-way vented-box system | Nominal impedance | 8Ω (min 3.0Ω) |
|---|---|---|---|
| Drive units | 1 x 25mm metal dome high-frequency | Power handling | 50W - 200W into 8 ohm on unclipped |
| | 1 x 150mm woven Kevlar® cone FST | | programme |
| | midrange | Dimensions | Height: 1015mm Width: 238mm |
| | 2 x 165mm paper/Kevlar® cone bass | | Depth: 344mm |
| Frequency response | 45Hz – 20kHz ± 2dB on reference | Finishes | Cabinet: Real wood veneers, Black Ash, |
| | axis | | Cherrywood, Red Stained Cherrywood |
| Sensitivity | 89dB spl (2.83V, 1m) | | Grilles: Black cloth |



**B&W**

LISTEN AND YOU'LL SEE

# Nautilus™805

## Stand-mount/Bookshelf loudspeaker system

## Product Summary

- The Nautilus 805 combines sensuous design with Nautilus™ technology in an affordable bookshelf/stand-mounted speaker.

- Visually striking and sonically refined, the Nautilus 805 is our compact entry level Nautilus 800 Series speaker. This is a two-way design, with a 6.5 inch woven Kevlar® bass/midrange unit complementing the free mounted aluminium dome tweeter. The speaker is magnetically shielded to offer an exceptional audio and visual experience in home cinema installations. Specially designed optional stands are also available.

Best High End Loudspeakers
On Off Audiovisual Product Awards
On Off, 1999  Spain

Diapason D'Or Hi-Fi
Palmeres 1999
Diapason  France

Joint Budget Components
1999 Products of the Year
Stereophile  USA

## Technical highlights



Tweeter on top: B&W's Tweeter on top technology ensures that the sound remains focused and time-sensitive and that the stereo-image is presented with unparalleled three dimensional accuracy.



Kevlar®: B&W developed and patented the method of using Kevlar® for loudspeaker cones to reduce unwanted standing waves. DuPont originally created Kevlar® for use in bulletproof vests.



Flowport™: Golf ball aerodynamics theory points the way towards lower distortion reflex ports. Dimples improve the way the air flows over the surface of any object. In the case of reflex ports, they offer a significant improvement over simply flaring the port ends in reducing air flow turbulence at each end of the port; so you get less chuffing noise and less compression at high sound levels.



Matrix™: The basic construction of nearly all loudspeakers is exactly the same - panels of wood-based materials, bonded to form a rectangular box. B&W studied and evaluated how each aspect of cabinet behaviour and the efficiency of various materials and construction methods affects sound.



| Description | 2-way vented-box system | Power handling | 50W - 120W into 8 ohm on unclipped |
|---|---|---|---|
| Drive units | 1 x 25mm metal dome high-frequency | | programme |
| | 1 x 165mm woven Kevlar® cone | Dimensions | Height: 415mm Width: 238mm |
| | bass/midrange | | Depth: 344mm |
| Frequency response | 56Hz - 20kHz ± 2dB on reference | Finishes | Cabinet: Real wood veneers, Black Ash, |
| | axis | | Cherrywood, Red Stained Cherrywood |
| Sensitivity | 88dB spl (2.83V, 1m) | | Grilles: Black cloth |
| Nominal impedance | 8Ω (min 4.6Ω) | | |



B&W
LISTEN AND YOU'LL SEE

# Nautilus™ HTM1

## Magnetically shielded centre channel loudspeaker system

## Product Summary

- The HTM1 is the larger of the two centre channels in the N800 Series, and incorporates the Nautilus™ tweeter unit, Kevlar® cone and Matrix™ cabinet.
- The speaker consists of one Nautilus™ treble unit, one Kevlar® midrange drive unit and two paper/Kevlar® drivers for bass and midrange. The speaker permits bi-wiring to improve sound quality and imaging, shielding enables the speaker to be placed on or near a television.

## Technical highlights



Tweeter on top: B&W's Tweeter on top technology ensures that the sound remains focused and time-sensitive and that the stereo-image is presented with unparalleled three dimensional accuracy.



Kevlar®: B&W developed and patented the method of using Kevlar® for loudspeaker cones to reduce unwanted standing waves. DuPont originally created Kevlar® for use in bulletproof vests.



Matrix™: The basic construction of nearly all loudspeakers is exactly the same · panels of wood-based materials, bonded to form a rectangular box. B&W studied and evaluated how each aspect of cabinet behaviour and the efficiency of various materials and construction methods affects sound.



Flowport™: Golf ball aerodynamics theory points the way towards lower distortion reflex ports. Dimples improve the way the air flows over the surface of any object. In the case of reflex ports, they offer a significant improvement over simply flaring the port ends in reducing air flow turbulence at each end of the port; so you get less chuffing noise and less compression at high sound levels.

Product of the Year 1999
Hi-Fi Grand Prix Award
Audio Video Magazine - USA



| Description | 3-way closed box system | Nominal Impedance | 8Ω (min 3.0Ω) |
|---|---|---|---|
| Drive units | 1 x 25mm metal dome high/frequency | Power handling | 50W - 250W into 8 ohm on unclipped |
| | 1 x 150mm woven Kevlar® cone FST | | programme |
| | midrange | Dimensions | Height: 318mm Width: 783mm |
| | 2 x 165mm paper/Kevlar® cone bass | | Depth: 316mm |
| Frequency response | 49Hz – 20kHz ± 2dB on reference | Finishes | Cabinet: Real wood veneers, Black Ash, |
| | axis | | Cherrywood, Red Stained Cherrywood |
| Sensitivity | 90dB spl (2.83V, 1m) | | Grilles: Black cloth |



LISTEN AND YOU'LL SEE

B&W loudspeakers Ltd reserves the right to amend details of the specifications without notice in line with technical developments. E & OE. All trademarks acknowledged.
www.bwspeakers.com

# Nautilus™ HTM2

## Magnetically shielded centre channel loudspeaker system

## Product Summary

- The HTM2 incorporates the Nautilus™ tweeter, Kevlar® bass/midrange and the unique forward facing Flowport™ to improve bass response.
- The HTM2 incorporates Matrix™ bracing and a contoured rear section to minimise sound diffraction. The speaker can be mounted on a television or the specially designed optional stand.

## Technical highlights

 Tweeter on top: B&W's Tweeter on top technology ensures that the sound remains focused and time-sensitive and that the stereo-image is presented with unparalleled three dimensional accuracy.

 Kevlar®: B&W developed and patented the method of using Kevlar® for loudspeaker cones to reduce unwanted standing waves. DuPont originally created Kevlar® for use in bulletproof vests.

 Matrix™: The basic construction of nearly all loudspeakers of the N800 Series is exactly the same - panels of wood-based materials, bonded to form a rectangular box. B&W studied and evaluated how each aspect of cabinet behaviour and the efficiency of various materials and construction methods affects sound.

 Flowport™: Golf ball aerodynamics theory points the way towards lower distortion reflex ports. Dimples improve the way the air flows over the surface of any object. In the case of reflex ports, they offer a significant improvement over simply flaring the port ends in reducing air flow turbulence at each end of the port; so you get less chuffing noise and less compression at high sound levels.



| Description | 2-way vented-box system | Power handling | 50W - 120W into 8 ohm on unclipped programme |
|---|---|---|---|
| Drive units | 1 x 25mm metal dome high-frequency | | |
| | 1 x 165mm woven Kevlar® cone | Dimensions | Height: 277mm Width: 486mm |
| | bass/midrange | | Depth: 287mm |
| Frequency response | 56Hz – 20kHz ± 2dB on reference axis | Finishes | Cabinet: Real wood veneers, Black Ash, Cherrywood, Red Stained Cherrywood |
| Sensitivity | 88dB spl (2.83V, 1m) | | Grilles: Black cloth |
| Nominal impedance | 8Ω (min 4.6Ω) | | |



# Nautilus™ SCM1
## Wall-mount loudspeaker

## Product Summary

- The Nautilus SCM1 is designed for on-wall mounting and features a shallow cabinet construction. The speaker incorporates the Nautilus™ tweeter, Kevlar® cone and forward facing Flowport™.

- The mounting arrangements are flexible, wall brackets are supplied with the speaker or your may prefer to mount the speaker directly onto a shelf which is possible with the supplied rubber feet.

## Technical highlights

 Tweeter on top: B&W's Tweeter on top technology ensures that the sound remains focused and time-sensitive and that the stereo-image is presented with unparalleled three dimensional accuracy.

 Kevlar®: B&W developed and patented the method of using Kevlar® for loudspeaker cones to reduce unwanted standing waves. DuPont originally created Kevlar® for use in bulletproof vests.

 Flowport™: Golf ball aerodynamics theory points the way towards lower distortion reflex ports. Dimples improve the way the air flows over the surface of any object. In the case of reflex ports, they offer a significant improvement over simply flaring the port ends in reducing air flow turbulence at each end of the port; so you get less chuffing noise and less compression at high sound levels.

 Matrix™: The basic construction of nearly all loudspeakers is exactly the same - panels of wood-based materials, bonded to form a rectangular box. B&W studied and evaluated how each aspect of cabinet behaviour and the efficiency of various materials and construction methods affects sound.



| Description | 2-way vented-box system | Power handling | 50W - 120W into 8 ohm on unclipped |
|---|---|---|---|
| Drive units | 1 x 25mm metal dome high-frequency | | material |
| | 1 x 165mm woven Kevlar® cone | Dimensions | Height: 437mm Width: 372mm |
| | bass/midrange | | Depth: 167mm |
| Frequency response | 80Hz – 20kHz ± 2dB on reference | Finishes | Cabinet: Real wood veneers, Black Ash, |
| | axis | | Cherrywood, Red Stained Cherrywood |
| Sensitivity | 89dB spl (2.83V, 1m) | | Grilles: Black cloth |
| Nominal impedance | 8Ω (min 4.7Ω) | | |



LISTEN AND YOU'LL SEE

# KEF UNI-Q® LOUDSPEAKERS

# Q SERIES

The latest evolution of the acclaimed Q Series demonstrates how the listening benefits of KEF technology leadership cascade down from the Reference Series to more affordable ranges. With all the inherent advantages of KEF Uni-Q® technology - consistent stereo imaging and wide dispersion characteristics for unrivalled off-axis response - they're as easy to place in the room as they are to drive. Forget sweet spots - with New Q, everyone experiences the same sound quality wherever they sit.

It's no accident that the styling, with Uni-Q 'pod' faired in to the curved section cabinets, echoes the latest Reference Series: every model features a radical new design of Uni-Q driver whose sophisticated 19mm metal dome tweeter and powerful neodymium magnet system is directly developed from the Reference HF unit, and shares the same ultra-low distortion motor system.

The result is outstandingly pure voice reproduction and seamlessly fluid midrange response: clean, sweet and devastatingly accurate. Identical Uni-Q arrays in every model, from the slender full bandwidth floorstanders to the compact bookshelf, centre and rear effects speakers, ensure the perfect tonal match you need to create a faultless 3-D soundscape - especially in the home theatre configurations that suit the new range so well.



**Q3** **Q1**

KEF's unique B169 'racetrack' LF driver in the Q7 provides generously extended, tightly controlled bass for such a slim cabinet, and the 165mm (6½") bass/mid driver features a copper pole piece cap that reduces distortion by a whopping 10dB. Improved high order crossovers provide even better power handling and smoother transitions - and they're mounted directly to the terminal panel for the cleanest possible signal transfer. KEF's ingenious internal bracing system is used to tailor the volume of each enclosure to the parameters of its drive unit. All models have two pairs of terminals for bi-wiring or bi-amplification, and are magnetically shielded to prevent interference with other equipment.



**Q9c**

Available in a choice of Maple, Dark Apple or Black Ash finishes and built to last, the new Q Series speakers are assertive, musically voiced and deeply satisfying performers - and at the price, nothing else even comes close for delivering the full richness and complexity of modern digital audio formats.







**Q7** **Q5** **Q8s**

EXHIBIT B

# SPECIFICATIONS

| Model | Q1 | Q3 | Q5 |
|---|---|---|---|
| Design | Two way bass reflex | Two way bass reflex | Two and a half way bass reflex |
| Drive Units | 165 mm (6½") Uni-Q® with 19 mm (¾") aluminium dome HF | 165 mm (6½") Uni-Q® with 19 mm (¾") aluminium dome HF | 165 mm (6½") Uni-Q® with 19 mm (¾") aluminium dome HF |
| Frequency response at ± 3 dB | 45 - 27 kHz | 42 - 27 kHz | 39 - 27 kHz |
| Crossover frequency | 2.8 kHz | 2.8 kHz | 2.8 kHz |
| Amplifier requirements | 15 - 120W | 15 - 120W | 15 - 150W |
| Sensitivity (2.83V/1m) | 91 dB | 91 dB | 91 dB |
| Maximum output | 111 dB | 111 dB | 112 dB |
| Impedance | 8 Ω | 8 Ω | 8 Ω |
| Magnetic shielding | Yes | Yes | Yes |
| Weight | 6.25 kg (13.8 lbs) | 11.5 kg (25.3 lbs) | 14.5 kg (32 lbs) |
| Dimensions (H × W × D) | 350 x 220 x 320 mm 13.7 x 8.6 x 12.6 inches | 780 x 240 x 320 mm 30.7 x 9.4 x 12.6 inches | 880 x 240 x 320 mm 34.6 x 9.4 x 12.6 inches |
| Finishes | Black Ash, Maple or Dark Apple | Black Ash, Maple or Dark Apple | Black Ash, Maple or Dark Apple |

| Model | Q7 | Q8s | Q9c |
|---|---|---|---|
| Design | Three way bass reflex | Two way closed box | Two way bass reflex |
| Drive Units | 228 x 152 mm (9" x 6") Racetrack woofer 165 mm (6½") Uni-Q® with 19 mm (¾") aluminium dome HF | 165 mm (6½") Uni-Q® with 19 mm (¾") aluminium dome HF | 165 mm (6½") Uni-Q® with 19 mm (¾") aluminium dome HF |
| Frequency response at ± 3 dB | 35 Hz - 27 kHz | 120 Hz - 27 kHz | 50 Hz - 27 kHz |
| Crossover frequency | 120 Hz - 2.8 kHz | 2.8 kHz | 2.8 kHz |
| Amplifier requirements | 15 - 175W | 15 - 120W | 15 - 120W |
| Sensitivity (2.83V/1m) | 91 dB | 90 dB | 91 dB |
| Maximum output | 113 dB | 108 dB | 111 dB |
| Impedance | 8 Ω | 8 Ω | 8 Ω |
| Magnetic shielding | Yes | Yes | Yes |
| Weight | 17 kg (37.4 lbs) | 3.1 kg (6.82 lbs) | 6.2 kg (13.6 lbs) |
| Dimensions (H × W × D) | 950 x 260 x 350 mm 37.4 x 10.2 x 13.7 inches | 253 x 170 x 119 mm 10 x 6.7 x 4.7 inches | 200 x 480 x 270 mm 7.9 x 18.9 x 10.6 inches |
| Finishes | Black Ash, Maple or Dark Apple | Video Grey | Black Ash, Maple or Dark Apple |

KEF reserve the right, in line with continuing research and development, to amend or change specifications.

**KEF AUDIO (UK) Limited**
Eccleston Road, Tovil, Maidstone, Kent ME15 6QP.
Telephone: + 44 (0) 1622 672261   Fax: + 44 (0) 1622 750653

enquiries@kef.com

K E F   Q   S E R I E S 

# KEF UNI·Q® LOUDSPEAKERS

## REFERENCE SERIES



The continuing evolution of KEF's legendary Reference Series has always been based on the concept of benchmark precision. Every time a new generation of models is developed to incorporate more sophisticated technologies, we build prototypes that are as close to perfect as possible. These are the 'Reference' to which every single production version must conform, each pair assembled by a skilled craftsman who matches their performance to a tolerance of just 0.5dB.

Radical new generation Uni-Q® drivers - the ultimate refinement of KEF's trademark technology - provide an immaculate single point source. With midrange cones and surrounds integrated into a single Uni-Form® moulding, there are no discontinuities to distort the HF energy from the 25mm elliptical titanium dome tweeter. With only midrange frequencies to handle, movement of the Uni-Q cone is so modest that virtually no distortion is caused by intermodulation with the tweeter. As in the bass drivers, an open chassis design - fully decoupled - minimises acoustic reflection behind the cone.

The result is an even more spacious, better defined sound stage over a very large area, with exceptional off-axis response and none of the 'sweet spot' limitations of conventional speakers.

All new Reference Series models come with a state of the art 19mm titanium dome hypertweeter™ for massively extended HF performance. Mounted in low diffraction chrome-plated steel enclosures time aligned with the main array, they deliver flat response to 50 kHz and useful energy up to 70kHz. What you hear is a sweeter, more natural sound.

**MODEL 207**

Bass performance is equally stunning, thanks to ultra-low distortion short coil/long gap motor systems and high tech reinforced diaphragms. With each bass driver radiating directly from its own subdivided internal enclosure to avoid the vertical standing waves that tall cabinets usually suffer from, you experience noticeably clearer, more open bass.

**MODEL 205**   **MODEL 201**
**MODEL 203**

For optimum performance in real rooms, all models accommodate tri-wiring and are fitted with a boundary control device to adjust bass response according to speaker positioning and the acoustics of the listening area. Electromagnetic shielding comes as standard.

As you would expect from a handmade KEF product, build quality is as outstanding as the specification of each individual component. Engineered from dense MDF using KEF's own internal bracing system, the new curved section cabinets are elegantly profiled to minimise colouration and finished in a choice of Black Ash, Maple or Cherry hand-matched hardwood veneers.

More than ever before, these are very special speakers indeed.



**MODEL 204c**



**MODEL 202c**

**K E F   R E F E R E N C E**

# SPECIFICATIONS

| Model | MODEL 201 | MODEL 203 | MODEL 205 |
|---|---|---|---|
| Design | 4 way reflex | 4 way reflex | 4 way reflex |
| Drive Units | LF : 1 × 165 mm (6½")<br>MF : 1 × 165 mm (6½")<br>HF : 1 × 25 mm (1")<br>SHF : 1 × 19 mm (³/₄") | LF : 2 × 165 mm (6½")<br>MF : 1 × 165 mm (6½")<br>HF : 1 × 25 mm (1")<br>SHF : 1 × 19 mm (³/₄") | LF : 2 × 200 mm (8")<br>MF : 1 × 165 mm (6½")<br>HF : 1 × 25 mm (1")<br>SHF : 1 × 19 mm (³/₄") |
| Frequency response at 15°<br>horizontally off axis ±3 dB<br>LF corner -6 dB | 58 Hz - 55 kHz<br>46 Hz | 55 Hz - 55 kHz<br>40 Hz | 45 Hz - 55 kHz<br>35 Hz |
| Crossover frequency | 400 Hz, 2.7 kHz, 15 kHz | 400 Hz, 2.7 kHz, 15 kHz | 400 Hz, 2.7 kHz, 15 kHz |
| Amplifier requirements | 50 - 150 W | 50 - 200 W | 50 - 300 W |
| Sensitivity (2.83V/1m) | 88 dB | 89 dB | 90 dB |
| Maximum output | 110 dB | 113 dB | 115 dB |
| Impedance | 8 Ω (3.2 Ω min) | 8 Ω (3.2 Ω min) | 8 Ω (3.2 Ω min) |
| Magnetic shielding | Yes | Yes | Yes |
| Weight | 14.8 Kg (32.6 lbs) | 26.5 Kg (58.3 lbs) | 33 Kg (72.6 lbs) |
| Dimensions<br>(H × W × D) | 557 × 248 × 402 mm<br>21.9 × 9.8 × 15.5 inches | 1068 × 248 × 405 mm<br>42 × 9.8 × 15.9 inches | 1155 × 285 × 433 mm<br>45.5 × 11.2 × 17 inches |
| Finishes | Black Ash, Maple or<br>Cherry real wood veneer | Black Ash, Maple or<br>Cherry real wood veneer | Black Ash, Maple or<br>Cherry real wood veneer |

| Model | MODEL 207 | MODEL 202c | MODEL 204c |
|---|---|---|---|
| Design | 5 way reflex | 4 way reflex | 4 way reflex |
| Drive Units | LF : 2 × 250 mm (10")<br>LMF : 1 × 250 mm (10")<br>MF : 1 × 165 mm (6½")<br>HF : 1 × 25 mm (1")<br>SHF : 1 × 19 mm (³/₄") | LF : 2 × 165 mm (6½")<br>MF : 1 × 165 mm (6½")<br>HF : 1 × 25 mm (1")<br>SHF : 1 × 19 mm (³/₄") | LF : 4 × 165 mm (6½")<br>MF : 1 × 165 mm (6½")<br>HF : 1 × 25 mm (1")<br>SHF : 1 × 19 mm (³/₄") |
| Frequency response at 15°<br>horizontally off axis ±3 dB<br>LF corner -6 dB | 40 Hz - 55 kHz<br>28 Hz | 65 Hz - 55 kHz<br>50 Hz | 53 Hz - 55 kHz<br>40 Hz |
| Crossover frequency | 120 Hz, 400 Hz, 2.7 kHz, 15 kHz | 400 Hz, 2.7 kHz, 15 kHz | 400 Hz, 2.7 kHz, 15 kHz |
| Amplifier requirements | 50 - 400 W | 50 - 200 W | 50 - 300 W |
| Sensitivity (2.83V/1m) | 91 dB | 89 dB | 90 dB |
| Maximum output | 117 dB | 113 dB | 115 dB |
| Impedance | 8 Ω (3.2 Ω min) | 8 Ω (3.2 Ω min) | 8 Ω (3.2 Ω min) |
| Magnetic shielding | Yes | Yes | Yes |
| Weight | 66 Kg (145 lbs) | 16 Kg (35.2 lbs) | 35 Kg (77 lbs) |
| Dimensions<br>(H × W × D) | 1290 × 400 × 685 mm<br>50.7 × 15.7 × 27 inches | 240 × 630 × 315 mm<br>9.4 × 24.8 × 12.4 inches | 240 × 1100 × 425 mm<br>9.4 × 43.3 × 16.7 inches |
| Finishes | Black Ash, Maple or<br>Cherry real wood veneer | Black Ash, Maple or<br>Cherry real wood veneer | Black Ash, Maple or<br>Cherry real wood veneer |

KEF reserve the right, in line with continuing research and development, to amend or change specifications.

**KEF AUDIO (UK) Limited**

Eccleston Road, Tovil, Maidstone, Kent ME15 6QP.

Telephone: + 44 (0) 1622 672261   Fax: + 44 (0) 1622 750653

enquiries@kef.com





KEF REFERENCE

Uni-Q
technology

Hypertweeter™

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
B & W LOUDSPEAKERS LIMITED
Meadow Road, Worthing
West Sussex, England BN11 2RX
SEE ATTACHMENT TO CIVIL COVER SHEET PART I (a) PLAI

**DOCKETED**
**NOV - 7 2001**

### DEFENDANTS
KEF AUDIO (UK) LTD
Eccleston Road, Tovil, Maidstone
Kent ME15 6QP, United Kingdom
SEE ATTACHMENT TO CIVIL COVER SHEET PART I.(b) DEFEN

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**01C 8541**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Linda A. Kuzma
Wallenstein & Wagner, Ltd.
311 South Wacker Drive, 53rd Floor
Chicago, Illinois 60606 (SEE ATTACHMENT I.(c))
(312) 554-3300

Attorneys (If Known)

**JUDGE GETTLEMAN**

**MAGISTRATE JUDGE KEYS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐  Defendant

(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                        and One Box for Defendant

|  | PLF | DEF |  | |
|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 |
| Citizen of Another State | | | of Business In Another State | |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUT |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportion |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Bankin |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC R |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgement | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influen |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizati |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL** | Safety/Health | ☒ 840 Trademark | ☐ 850 Securities/Commo |
| (Excl. Veterans) | ☐ 345 Marine Product | **PROPERTY** | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 370 Other Fraud | | | ☐ 875 Customer Challeng |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabiliz |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental M |
| | Injury | Product Liability | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under Equal Acces |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality o |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory A |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. §§ 1125 et. seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complai
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE 11/6/01
SIGNATURE OF ATTORNEY OF RECORD
*Linda A. Kuzma*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

B & W LOUDSPEAKERS LIMITED and )
EQUITY INTERNATIONAL, INC. )
)
Plaintiff, )
)
v. )
)
KEF AUDIO (UK) LTD. and )
ADCOM )
)
Defendant. )

Civil Action No. _____

01C 8541

JURY DEMANDED   JUDGE GETTLE

MAGISTRATE JUDGE KEY

**ATTACHMENT TO CIVIL COVER SHEET**
**ATTACHMENT I.(a)**

**ATTACHMENT I. Part A**

**Additional Plaintiff:**

EQUITY INTERNATIONAL, INC.
54 Concord Street
North Reading, Massachusetts 01864
County of Residence:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



B & W LOUDSPEAKERS LIMITED and )
EQUITY INTERNATIONAL, INC. )
)
   Plaintiff, )
)   Civil Action No. _____
  v. )
)
KEF AUDIO (UK) LTD. and )   **JURY DEMANDED**
ADCOM )
)
   Defendant. )

**01C  8541**

JUDGE GETTLEM

MAGISTRATE JUDGE KEYS

## ATTACHMENT TO CIVIL COVER SHEET
## ATTACHMENT I.(b)

## ATTACHMENT I. Part B

### Additional Defendant:

ADCOM
10 Timber Lane
Marlboro, New Jersey  07746
County of Residence:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

B & W LOUDSPEAKERS LIMITED and        )
EQUITY INTERNATIONAL, INC.             )
                                        )
                   Plaintiff,           )
                                        )    Civil Action No. **01C 8541**
        v.                              )
                                        )    **JURY DEMANDED** JUDGE GETTLEMAN
KEF AUDIO (UK) LTD. and                 )
ADCOM                                   )
                                        )    MAGISTRATE JUDGE KEYS
                   Defendant.           )

**ATTACHMENT TO CIVIL COVER SHEET**
**ATTACHMENT I.(c)**

**ATTACHMENT I. Part C**

**Additional Attorneys for Planitiff**

Daniel N. Christus
WALLENSTEIN & WAGNER, LTD.
311 South Wacker Drive, 53rd Floor
Chicago, Illinois  60606-6622
(312) 554-3300

Peter M. Klobuchar
WALLENSTEIN & WAGNER, LTD.
311 South Wacker Drive, 53rd Floor
Chicago, Illinois  60606-6622
(312) 554-3300

134231.1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of     **B & W LOUDSPEAKERS LIMITED and EQUITY INTERNATIONAL, INC.**

**v.**

**KEF AUDIO (UK) LTD. and ADCOM**

Case Number: 01C 8541



APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: JUDGE GETTLEMAN

**B & W LOUDSPEAKERS LIMITED and EQUITY INTERNATIONAL, INC.**

MAGISTRATE JUDGE KEYS

| (A) | | | | (B) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE *Linda A. Kuczma* | | | | SIGNATURE *Daniel N. Christus* | | | |
| NAME   Linda A. Kuczma | | | | NAME   Daniel N. Christus | | | |
| FIRM   **WALLENSTEIN & WAGNER, LTD** | | | | FIRM   **WALLENSTEIN & WAGNER, LTD** | | | |
| STREET ADDRESS   311 South Wacker Drive, 53rd Floor | | | | STREET ADDRESS   311 South Wacker Drive, 53rd Floor | | | |
| CITY/STATE/ZIP   Chicago, Illinois 60606 | | | | CITY/STATE/ZIP   Chicago, Illinois 60606 | | | |
| TELEPHONE NUMBER   312/554-3300 | | | | TELEPHONE NUMBER   312/554-3300 | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)   6,180,964 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)   6,189,792 | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO | X | MEMBER OF TRIAL BAR? | YES X | NO | ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO | X | TRIAL ATTORNEY? | YES X | NO | ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO | X | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO | X |
| (C) | | | | (D) | | | |
| SIGNATURE *Peter M. Klobuchar* | | | | SIGNATURE | | | |
| NAME   Peter M. Klobuchar | | | | NAME | | | |
| FIRM   **WALLENSTEIN & WAGNER, LTD** | | | | FIRM | | | |
| STREET ADDRESS   311 South Wacker Drive, 53rd Floor | | | | STREET ADDRESS | | | |
| CITY/STATE/ZIP   Chicago, Illinois 60606 | | | | CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER   312/554-3300 | | | | TELEPHONE NUMBER | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)   6,237,458 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO | X | MEMBER OF TRIAL BAR? | YES ☐ | NO | ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO | X | TRIAL ATTORNEY? | YES ☐ | NO | ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO | X | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO | ☐ |

DOCKETED NOV 7 2001

1-3